

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2018

No. 04-18-00499-CV

**IN RE E.J.G AND E.I.G.**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI05544
Honorable Nick Catoe Jr., Judge Presiding

### O R D E R

The appellant's brief has been filed. Although only substantial compliance with Texas Rule of Appellate Procedure 38 is required, we may order a party to amend, supplement, or redraw a brief if it flagrantly violates Rule 38. *See* TEX. R. APP. P. 38.9(a). The court has determined that the following briefing defects described constitute flagrant violations of Rule 38.1:

-the brief does not contain an index of authorities, Tex. R. App. P. 38.1(c);
-the statement of the case is not supported by record references, Tex. R. App. P. 38.1(d);
-the statement of facts is not supported by record references, Tex. R. App. P. 38.1(g);
-the argument does not contain appropriate citations to authorities and to the record, Tex. R. App. P. 38.1(i); and
-the brief does not contain a certificate of service, as required by Rule 9.5, acknowledging that appellant served a copy of the document on all parties to the proceeding. Tex. R. App. P. 9.5(a), (d), (e).

We order appellant to file an amended brief by **December 17, 2018**. If a timely amended brief that corrects these deficiencies is not filed, we may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *See* TEX. R. APP. P. 38.9(a). This may include dismissal of this appeal for want of prosecution. *See* R. 38.8(a)(1); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2018.

_____
KEITH E. HOTTLE
Clerk of Court